**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CR404-277 |
| | ) | |
| MICHAEL JOHN LAING | ) | |

## ORDER ON MOTION FOR LEAVE OF ABSENCE

**James C. Garner** having made application to the Court for leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT James C. Garner** be granted leave of absence for the following periods:  July 13, 2026 through July 20, 2026.

**SO ORDERED**, this the ___18th___ day of May, 2026.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA